## GAS EXPLOSION CASES
### (4/6/10)

1.  *American Economy Insurance Company a/s/o The Floral Studio and The Whole Nine Yards v. Ace Utility Boring and Trenching, LLC; Centerpoint Energy Resources Corp., d/b/a Centerpoint Energy Mississippi Gas; and Deviney Construction Company, Inc., d/b/a Deviney Utility Services;* In the County Court of Neshoba County, Mississippi; Civil Action No. 09-CV-125 NSG

2.  *Shirley C. Barnes, Max Chisolm, Peggy C. Thomas, and Carol C. Gilmore v. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Pipeline Services, Inc., Centerpoint Energy Field Services, Inc., Centerpoint Energy Resources, Corp., and Unknown Defendants 1-10;* In the County Court of Neshoba County, Mississippi, Cause No.: 10-CV-0165NSG

3.  *Harold and Carrie Bennett v. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Pipeline Services, Inc., Centerpoint Energy Field Services, Inc., Centerpoint Energy Resources, Corp., and Unknown Defendants 1-10;* In the County Court of Neshoba County, Mississippi, Civil Action No.: 08-CV-0172-NS-G

4.  *Burrage Investment Company, L.P., a Mississippi Limited Partnership v. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Pipeline Services, Inc., Centerpoint Energy Field Services, Inc., Centerpoint Energy Resources, Corp., and Unknown Defendants 1-10,* In the Circuit Court of Neshoba County, Mississippi; Civil Action No. 10-CV-0306- NSG

5.  *Keyla Peden Carney and Keyla Peden Carney d/b/a The Floral Studio vs. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Pipeline Services, Inc., Centerpoint Energy Field Services, Inc., Centerpoint Energy Resources, Corp., and Unknown Defendants 1-10;* In the Circuit Court of Neshoba County, Mississippi; Cause No. 10cv0307- NSG

6.  *Arsheka Q. Davis, Alexis Lewis, A Minor by and through her Mother and Natural Guardian, Arsheka Q. Davis v. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Resources, Corp., d/b/a Centerpoint Energy Mississippi Gas, and Fictitious Defendants 1-10;* In the County Court of Neshoba County, Mississippi, Cause No.:10CV0175-NS-G

7.  *EMC Insurance Company and Conn Enterprises, Inc. v. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Pipeline Services, Inc., Centerpoint Energy Field Services, Inc., Centerpoint Energy Resources, Corp., and Unknown Defendants 1-10;* In the County Court of Neshoba County, Mississippi, Cause No.: 08-CV-0363-NS-G



EXHIBIT
Blumberg No. 5119
" C "

8.  *EMC Insurance Company and Julius O'Neal v. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Pipeline Services, Inc., Centerpoint Energy Field Services, Inc., Centerpoint Energy Resources, Corp., and Unknown Defendants 1-10*; In the County Court of Neshoba County, Mississippi, Cause No.: 10-CV-0173-NS-G

9.  *Lemeia Ironmoccasin v. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Resources, Corp., d/b/a Centerpoint Energy Mississippi Gas and John Doe Defendants 1-10*; In the County Court of Neshoba County, Mississippi, CAUSE NO.: 09-CV-0315-NS-G

10. *Cashanta Johnson, A Minor by and through her Father and Natural Guardian, David Johnson v. Deviney Construction Company, Inc., Deviney Utility Services, Ace Utility Boring and Trenching, LLC, Centerpoint Energy Pipeline Services, Inc., Centerpoint Energy Field Services, Inc., Centerpoint Energy Resources, Corp., and Fictitious Defendants 1-10*; In the County Court of Neshoba County, Mississippi, Cause No.: 09cv0176-NS-C

11. *J. Monty Lang and Monty Lang, Inc. f/n/a J. Monty Lang, DDS, P.A. v. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Pipeline Services, Inc., Centerpoint Energy Field Services, Inc., Centerpoint Energy Resources, Corp., and Unknown Defendants 1-10*, In the Circuit Court of Neshoba County, Mississippi; Civil Action No. 10-CV-0305 NS-C

12. *Lexington Insurance Company, as subrogee of Health Management Associates, Inc., v. Ace Utility Boring and Trenching, LLC, Deviney Construction Company, Inc., Centerpoint Energy Resources Corporation d/b/a Centerpoint Energy Mississippi Gas,* In the County Court of Neshoba County, Mississippi, Cause No.: 10-CV-0274NSG

13. *Mississippi Farm Bureau Casualty Insurance Company v. Ace Utility Boring and Trenching, LLC, Deviney Construction Company, Inc., Centerpoint Energy Gas Resources Corporation, d/b/a Centerpoint Energy Mississippi Gas and John Does 1-10,* In the Circuit Court of Neshoba County, Mississippi; Civil Action No.

14. *Jesse Moore and Gladys Moore  v. Deviney Construction Co., Ace Utility Boring and Trenching, LLC and John Does Defendants 1-10,* In the Circuit Court of Neshoba County, Mississippi; Civil Action No. 10-CV-0294 NS-G

15. *Jessica Moore v.  v. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Resources, Corp., d/b/a Centerpoint Energy Mississippi Gas and Doe Defendants 1-10,* In the Circuit Court of Neshoba County, Mississippi; Civil Action No. 10-CV-00295 NS-G

16. *Nationwide Agribusiness Insurance Company, as a subrogee of Prince Holding Company, Inc., Prince Holding Company, Inc., Individually, Nationwide Agribusiness Insurance Company, as subrogee of Dixie Oil Company of Alabama, and Dixie Oil Company of Alabama, Individually vs. Deviney Construction Company, Inc., et al*; In the Circuit Court of Neshoba County, Mississippi; Cause No. 10cv0303- NS-C

17. *Alice L. Pinkston; Alice S. Pinkston, a Minor by and through her Mother and Natural Guardian, Alice L. Pinkston; Sha'Nequa Pinkston, a Minor by and through her Mother and Natural Guardian, Alice L. Pinkston; and Omarri Holliday, a Minor by and through her Grandmother and Natural Guardian, Alice L. Pinkston v. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Resources, Corp., d/b/a Centerpoint Energy Mississippi Gas, and Fictitious Defendants 1-10*; In the County Court of Neshoba County, Mississippi, Cause No. 10cv0317- NSC

18. *Shelter Insurance Companies a/s/o Jean Marshall v. Ace Utility Boring and Trenching LLC, Deviney Construction Company, Inc., Centerpoint Energy Pipeline Services, Inc., Centerpoint Energy Field Services, Inc., Centerpoint Energy Resources, Corp., and John Does 1-10*; In the County Court of Neshoba County, Mississippi, Cause No.: 10-CV-0267NSG

19. *State Farm Mutual Automobile Ins., Co, as subrogee of Neshoba Baptist Association v. Ace Utility Boring and Trenching, LLC, Deviney Construction Company, Inc., Centerpoint Energy, Inc.;* In the County Court of Neshoba County, Mississippi, Cause No.: 10-CV-0230NSG

20. *Euneika Wells, a Minor by and through her Mother and Next Friend, Rhonda Rush v. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Pipeline Services, Inc., Centerpoint Energy Field Services, Inc., Centerpoint Energy Resources, Corp., and Unknown Defendants 1-10*; In the County Court of Neshoba County, Mississippi, Cause No.: 08-CV-0075-NS-C

21. *Natalie Woodward and Marcus Woodward v. Deviney Construction Company, Inc., Ace Utility Boring and Trenching, LLC, Centerpoint Energy Pipeline Services, Inc., Centerpoint Energy Field Services, Inc., Centerpoint Energy Resources, Corp., and Unknown Defendants 1-10*; In the County Court of Neshoba County, Mississippi, Cause No.: 08-CV-0072-NSC