# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**DEVINEY CONSTRUCTION COMPANY, INC.**                    **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:11CV468-DPJ-FKB**

**ACE UTILITY BORING & TRENCHING, LLC,
AND PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY d/b/a
PENN NATIONAL INSURANCE COMPANY**                    **DEFENDANTS**

**And**

**ACE UTILITY BORING & TRENCHING, LLC
AND J.M. DRILLING, LLC**                             **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO. 3:13cv60HTW-LRA**

**DEVINEY CONSTRUCTION COMPANY, INC.**                    **DEFENDANTS**

---

## ACE UTILITY BORING & TRENCHING, LLC'S
### DISCLOSURE STATEMENT

---

COMES NOW, Defendant Ace Utility Boring & Trenching, LLC, by and through undersigned counsel, and makes the following ownership disclosure pursuant to the Court's Order, dated September 27, 2013:

Ace Utility Boring & Trenching, LLC is a privately held limited liability company that is owned exclusively by John Moore, who is an adult, resident citizen of Tennessee residing at 481 Milan Highway, Trenton, Tennessee 38382.

Respectfully submitted, this the 8th day of October, 2013.

MCCRANEY, COCO & LEE, PLLC

/s/ Lawrence M. Coco, III

_____
Lawrence M. Coco, III (MSB# 100378)
On behalf of Ace Utility Boring & Trenching, LLC

OF COUNSEL

Lawrence M. Coco, III
T. Stewart Lee, Jr.
McCraney, Coco & Lee, PLLC
800 Woodlands Parkway, Suite 107
Ridgeland, MS 39157
Telephone:  601.899.0065
Facsimile:  866.733.2008
Email:  lawrence@mccraneycocolee.com
            stewart@mccraneycocolee.com

**CERTIFICATE OF SERVICE**

I, Lawrence M. Coco, III do hereby certify that I have this date electronically filed the above and foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

This the 8th day of October, 2013.

/s/ Lawrence M. Coco, III

_____

Lawrence M. Coco, III